IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KELVIN CAIN,

    Petitioner,

    v.                                CIVIL ACTION FILE
                                      NO. 1:07-CV-2710-TWT

FRED BURNETTE,

    Respondent.

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the action for failure to exhaust state habeas corpus remedies. The Petitioner's Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 9 day of June, 2008.

                                      /s/Thomas W. Thrash
                                      THOMAS W. THRASH, JR.
                                      United States District Judge